# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**NEGUSE WOLDAI**                                                                              **PLAINTIFF**

v.                                      No. 2:24-cv-10-DPM

**UMT GLOBAL LOGISTICS, LLC;**
**ABRAHEM REZA;  and**
**JOHN DOES 1–3**                                                                       **DEFENDANTS**

## JUDGMENT

Woldai's complaint is dismissed with prejudice.  The Court retains jurisdiction until 5 May 2025 to enforce the parties' settlement.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 March 2025